**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 29, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00911-CV

---

## OAO ROSNEFT OIL COMPANY, SUCCESSOR-IN-INTERST TO A/O PURNEFTEGAS, Appellant

### V.

## FIRST NATIONAL PETROLEUM CORPORATION, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 1996-38834**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 3, 2013. On April 22, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.